**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CR-00295-JAR-1 |
| | ) | |
| LEMARTRELL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's "ex parte letter seeking relief" in the form of a sentence modification or reduction. (Doc. No. 124). Upon consideration, Defendant's request for relief will be denied. The issues Defendant raises have been addressed by prior orders of this Court and while his post-conviction rehabilitation efforts and conduct in prison are commendable, they are not the basis for a sentence reduction. See 28 U.S.C § 994(t).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's request for sentence modification [124] is **DENIED.**

Dated this 31st day of August, 2022.

_John A. Ross_
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**